IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA KING, *et al.* ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO.: 2:04-cv-1055-MEF |
| ) | |
| KIRKLAND'S STORES INC., ) | (WO-Not Recommended for Publication) |
| ) | |
| DEFENDANT. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendant Kirkland's Stores Inc. and against Plaintiffs Pamela King, Tammy Elmore, Charlesalyn Smith, Alicia Caldwell, and Angela Vinson, with Plaintiffs taking nothing by their claims.

(2) Costs are TAXED against Plaintiffs Pamela King, Tammy Elmore, Charlesalyn Smith, Alicia Caldwell, and Angela Vinson, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 4th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE